**UNITED STATES of America,
Plaintiff and Appellee,**

v.

**B. Gordon ILER, Appellant.**

**No. 26460.**

United States Court of Appeals,
Ninth Circuit.

June 4, 1971.

William Bryan Osborne (argued), Los Angeles, Cal., for appellant.

Arnold G. Regardie, Asst. U. S. Atty. (argued), Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Crim. Div., Los Angeles, Cal., for appellee.

Before CHAMBERS, CARTER and WRIGHT, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed. We find the evidence is quite sufficient. We reject the contention that the defendant did not have a fair trial.

**Jimmy ANDREWS et al., Plaintiffs-
Appellees,**

v.

**CITY OF MONROE, LOUISIANA, Monroe City School Board, et al.,
Defendants-Appellants.**

**No. 71–1205.**

United States Court of Appeals,
Fifth Circuit.

June 7, 1971.

Charles A. Traylor, II, Asst. Dist. Atty., Robert W. Kostelka, Dist. Atty., Monroe, La., for appellants.

Paul Henry Kidd, Robert P. McLeod, Kidd & McLeod, Monroe, La., for appellees.

Before COLEMAN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

In this case the District Judge found as a fact that the discharge of two teachers in the Monroe City School System was prompted by constitutionally impermissible reasons. Rule 52(a), Federal Rules of Civil Procedure, decides the matter. Not being able to say, from the record before us, that the findings below were clearly erroneous the judgment of the District Court is

Affirmed.